
**Bunnell & Woulfe**
PROFESSIONAL ASSOCIATION

December 12, 2012

Invoice No.  354359
Account No.
Our Federal Tax ID

**Millenium Industries Network, Inc. v. ASAP Transaction Processing Corp., Ltd.**
**Insured: ASAP Transaction Processing Corp., Ltd.**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Init. | Description | Hours |
|---|---|---|---|
| 11/09/12 | RTW | Review of initial electronic correspondence from clients with summary of case, review of summons, 2nd Amended Complaint, and various key pleadings | 2.50 hrs |
| 11/14/12 | ' | | |
| 11/14/12 | | | |
| 11/15/12 | | | |
| 11/16/12 | RTW | Review of paperless Order granting Defendant ASAP's Motion for Extension of Time | 0.10 hrs |
| 11/16/12 | RTW | Preparation of correspondence to Judge Rosenbaum re: proposed Order on Defendant ASAP's Motion for Extension of Time | 0.10 hrs |
| 11/16/12 | LJR | Preparation of Notice of Appearance | 0.30 hrs |
| 11/16/12 | LJR | Initial preparation of Motion for Extension of Time | 0.40 hrs |
| 11/16/12 | LJR | Preparation of Order on Motion for Extension of Time | 0.20 hrs |
| 11/16/12 | LJR | Preparation of electronic correspondence to Judge Rosenbaum re: proposed Order on Motion for Extension of Time | 0.20 hrs |
| 11/16/12 | LJR | Preparation of electronic correspondence to and review of electronic correspondence from Plaintiff's attorneys re: objection to Motion for Extension of Time | 0.20 hrs |
| 11/16/12 | LJR | Begin preparing Motion to Dismiss; reviewing file, including docket and correspondence with clients | 6.40 hrs |
| 11/17/12 | LJR | Continue preparing Motion to Dismiss and Memorandum of Law in Support | 3.60 hrs |

| | | | |
|---|---|---|---|
| 11/19/12 | LJR | Continue preparing Motion to Dismiss; focusing on arguments for failure to state a cause of action | 3.00 hrs |
| 11/19/12 | LJR | Begin preparing proposed Affidavit in Support of Motion to Dismiss | 0.30 hrs |
| 11/20/12 | LJR | | |
| 11/20/12 | LJR | | |
| 11/20/12 | LJR | Continue preparing proposed Affidavit in Support of MTD on jurisdictional issues | 0.40 hrs |
| 11/20/12 | LJR | Continue preparing and revising Motion to Dismiss | 1.30 hrs |
| 11/21/12 | RTW | | |
| 11/21/12 | LJR | | |
| 11/27/12 | LJR | Continue preparing and revising Motion to Dismiss Second Amended Complaint and proposed Affidavit in support | 0.40 hrs |
| 11/27/12 | LJR | | |
| 11/27/12 | RTW | Review of draft Motion to Dismiss and Affidavit | 0.60 hrs |
| 11/28/12 | LJR | Continued revision to draft Motion to Dismiss and proposed Affidavit | 0.30 hrs |
| 11/28/12 | LJR | | |
| 11/29/12 | LJR | Continue preparing and revising Motion to Dismiss and Affidavit in Support; also revising based on revisions to Mr. Samuel's affidavit | 1.50 hrs |

========

Total fees for this matter

**EXPENSES**

11/30/12    Photocopies                                                24.00

Total expenses for this matter

**BILLING SUMMARY**

| | | | |
|---|---|---|---|
| Woulfe, Richard T. | Partner | hrs | 375.00 /hr |
| Reinstein, Louis J. | Associate | hrs | 265.00 /hr |

TOTAL FEES        hrs

TOTAL EXPENSES

LESS TRUST ACCOUNT TRANSFER

======= -

## TOTAL CHARGES FOR THIS BILL

PLUS BALANCE FORWARD

========

## TOTAL BALANCE NOW DUE

*Trust Balance*


**Bunnell & Woulfe**
PROFESSIONAL ASSOCIATION

January 14, 2013

Invoice No.   354537
Account No.
Our Federal Tax ID

**Millenium Industries Network, Inc. v. ASAP Transaction Processing Corp., Ltd.**
**Insured: ASAP Transaction Processing Corp., Ltd.**

## FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 12/03/12 | LJR | Researching all parties world wide web presence and reviewing for references to parties within same | 1.50 hrs |
| 12/03/12 | LJR | Continue revising and preparing Motion to Dismiss | 0.20 hrs |
| 12/05/12 | LJR | Preparation of electronic correspondence to and review of electronic correspondence from Locica Leung re: revised affidavit and revisions to same | 0.30 hrs |
| 12/05/12 | | | |
| 12/10/12 | LJR | Preparation of electronic correspondence to and review of electronic correspondence from Locica Leung re: finalization of affidavit | 0.40 hrs |
| 12/12/12 | LJR | Continue revising and preparing Motion to Dismiss; finalizing and filing online Motion and Exhibit | 0.70 hrs |
| 12/12/12 | LJR | Review of electronic correspondence from Locica Leung with executed affidavit | 0.10 hrs |
| 12/12/12 | RTW | Review draft of Motion and Affidavit | 0.40 hrs |
| 12/20/12 | LJR | Review of electronic correspondence from and preparation of electronic correspondence to attorney Joshua Spector re: Plaintiff's request for an extension to respond to Defendant's Motion to Dismiss | 0.30 hrs |
| 12/21/12 | RTW | Review of Court Order granting Plaintiff's Motion for Extension of Time | 0.10 hrs |
| 12/21/12 | RTW | Review of Plaintiff's Unopposed Motion For Extension Of Time To Respond To Defendant, ASAP Transaction Processing Corporation Limited's Motion To Dismiss Second Amended Complaint | 0.20 hrs |

Total fees for this matter

## EXPENSES

| 11/30/12 | LexisNexis Online Research 11/1 thru 11/30/12 | |
|---|---|---|
| 12/31/12 | Photocopies | 92.00 |

Total expenses for this matter

## BILLING SUMMARY

| Woulfe, Richard T. | Partner | 375.00 /hr |
|---|---|---|
| Reinstein, Louis J. | Associate | 265.00 /hr |

TOTAL FEES

TOTAL EXPENSES

LESS TRUST ACCOUNT TRANSFER

**TOTAL CHARGES FOR THIS BILL**

PLUS BALANCE FORWARD

========

**TOTAL BALANCE NOW DUE**

*Trust Balance*



February 11, 2013

Invoice No.   354632
Account No.
Our Federal Tax ID

**Millenium Industries Network, Inc. v. ASAP Transaction Processing Corp., Ltd.**
**Insured: ASAP Transaction Processing Corp., Ltd.**

## FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 01/17/13 | LJR | Begin reviewing Plaintiff's Opposition to our Motion to Dismiss | 1.40 hrs |
| 01/18/13 | RTW | Review of Plaintiff's Opposition to our Motion to Dismiss 2nd Amended Complaint with voluminous exhibits | 2.50 hrs |
| 01/22/13 | LJR | Continue preparing and researching for Reply in Support of Motion to Dismiss; also researching Delaware Division of Corporations | 3.10 hrs |
| 01/22/13 | LJR | Preparation of electronic correspondence to and review of electronic correspondence from attorney David Steiner re: request for extension to respond to Plaintiff's Opposition to Motion to Dismiss | 0.30 hrs |
| 01/22/13 | LJR | Preparation of electronic correspondence to company re: Plaintiff's Response to our Motion to Dismiss | 0.20 hrs |
| 01/23/13 | RTW | Review of paperless Order granting our Motion for Extension of Time to File Reply in Support of Motion to Dismiss | 0.10 hrs |
| 01/23/13 | LJR | Preparing proposed Order on Motion for Extension to be filed as exhibit to Motion and separate Word document to be sent to Judge with correspondence | 0.40 hrs |
| 01/23/13 | LJR | Continue preparing Reply in Support of Motion to Dismiss; focusing on opposition to Plaintiff's arguments; researching all cases cited by Plaintiff in Response to our Motion to Dismiss | 6.10 hrs |
| 01/23/13 | LJR | Preparation of electronic correspondence to company re: documents provided in Plaintiff's Response to our Motion to Dismiss | 0.20 hrs |
| 01/24/13 | LJR | Continue preparing Reply in Support of Motion to Dismiss and in opposition to Plaintiff's Response to our Motion to Dismiss | 1.70 hrs |
| 01/24/13 | LJR | Preparing for conference call with clients regarding affidavits filed by Plaintiff in opposition to our Motion to Dismiss | 0.30 hrs |

01/28/13

01/28/13

01/28/13

01/28/13

01/28/13

01/28/13

01/28/13

| | | | |
|---|---|---|---|
| 01/28/13 | LJR | Review of electronic correspondence from and preparation of electronic correspondence to attorney David Steiner re: case status | 0.20 hrs |

01/29/13

| | | | |
|---|---|---|---|
| 01/29/13 | LJR | Telephone communication with David Steiner, attorney for Millenium, regarding our pending Reply in Support of our Motion to Dismiss and regarding his communication with Bank of East Asia representative | 0.50 hrs |
| 01/29/13 | LJR | Received telephone call from Ajmal Samuel; discussing telephone communication from Plaintiff's counsel | 0.20 hrs |
| 01/29/13 | LJR | Continue reviewing documents provided by client pertaining to settlement with Who's Who and exhibits to Plaintiff's Opposition to our Motion to Dismiss; also researching exchange rates online | 0.60 hrs |
| 01/30/13 | LJR | Review of electronic correspondence from and preparation of electronic correspondence to Ajmal Samuel | 0.50 hrs |
| 01/31/13 | LJR | Continue reviewing all documents provided by clients and correspondence from Plaintiff's counsel; also preparing correspondence with substantive questions for discussion with client | 1.60 hrs |
| 01/31/13 | LJR | Preparation of electronic correspondence to Ajmal Samuel re: discussion on settlement summary | 0.40 hrs |

Total fees for this matter

**EXPENSES**
| | | |
|---|---|---|
| 12/31/12 | Pacer Online Research for 10/1 thru 12/31/12 | |
| 01/31/13 | Photocopies | 413.00 |
| 01/31/13 | Long Distance Calls | |

01/31/13    LexisNexis Online  Research 1/1 thru 1/31/13

           Total expenses for this matter

## BILLING SUMMARY

|  |  |  |
|---|---|---|
| Woulfe, Richard T. | Partner | 375.00 /hr |
| Reinstein, Louis J. | Associate | 265.00 /hr |

                                   TOTAL FEES
                                TOTAL EXPENSES
                  LESS TRUST ACCOUNT TRANSFER

           **TOTAL CHARGES FOR THIS BILL**

                        PLUS BALANCE FORWARD                            $0.00
                                                                  ========

                **TOTAL BALANCE NOW DUE**


**Bunnell & Woulfe**
PROFESSIONAL ASSOCIATION

March 11, 2013

Invoice No.   354741
Account No.
Our Federal Tax ID

**Millenium Industries Network, Inc. v. ASAP Transaction Processing Corp., Ltd.**
**Insured: ASAP Transaction Processing Corp., Ltd.**

## FOR PROFESSIONAL SERVICES RENDERED
02/01/13

| | | | |
|---|---|---|---|
| 02/01/13 | LJR | Continue revising and editing for final version of Reply in Support of Motion to Dismiss to be filed; also preparing all exhibits for filing | 2.60 hrs |
| 02/01/13 | LJR | Review of electronic correspondence from Locica Leung with attached flow diagram | |
| 02/04/13 | LJR | Preparing detailed response to questions and comments raised by Tony McArthur, ASAP Director | 0.80 hrs |
| 02/04/13 | LJR | Review of electronic correspondences from and preparation of electronic correspondences to Anthony McArthur re: questions and comments as to Motion to Dismiss Second Amended Complaint | 0.40 hrs |
| 02/05/13 | RTW | Review of Affidavit Of Sherri B. Deberry with exhibits 1 and 2 | 0.20 hrs |
| 02/05/13 | RTW | Review of emailed correspondence from  Mr. Steiner with emails sent to his co-counsel regarding the payments that were made by Bank of East Asia, ending in July 2011 | 0.20 hrs |

02/07/13

02/08/13

02/08/13

02/08/13

02/14/13

02/14/13

02/21/13

02/25/13

02/25/13   LJR    Review of paperless Order granting Plaintiff's Second Motion for Leave to Amend          0.10 hrs
                  Complaint

02/27/13   RTW    Review of Executed Order Dismissing  Case                                                 0.10 hrs

02/27/13

                                                                                                  ========

           Total fees for this matter

**EXPENSES**
02/28/13   Photocopies                                                              189.00
02/28/13   Long Distance Calls

           Total expenses for this matter

**BILLING SUMMARY**

           Woulfe, Richard T.          Partner                    hrs    375.00 /hr
           Reinstein, Louis J.         Associate                  hrs    265.00 /hr

                                    TOTAL FEES              hrs
                                    TOTAL EXPENSES

                        **TOTAL CHARGES FOR THIS BILL**

                            PLUS BALANCE FORWARD

                        **TOTAL BALANCE NOW DUE**

**AGED ACCOUNTS RECEIVABLE**

       **0 - 30 Days**        **30 - 60 Days**        **60 - 90 Days**        **90 - 120 Days**        **120 + Days**


Bunnell & Woulfe
PROFESSIONAL ASSOCIATION

April 11, 2013

Invoice No.    354930
Account No.
Our Federal Tax ID

**Millenium Industries Network, Inc. v. ASAP Transaction Processing Corp., Ltd.**
**Insured: ASAP Transaction Processing Corp., Ltd.**

## FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 03/04/13 | LJR | Preparation of electronic correspondence to and review of electronic correspondence from clients re: case status and court's dismissal of case with leave to amend | 0.40 hrs |
| 03/13/13 | RTW | Review of Complaint | 1.30 hrs |
| 03/13/13 | LJR | Continue reviewing 3rd Amended Complaint and comparing to 2nd Amended Complaint; begin preparing revised Motion to Dismiss | 4.40 hrs |
| 03/14/13 | LJR | Continue preparing Motion to Dismiss Third Amended Complaint; also incorporating opposition to arguments raised by Plaintiff in Response to our Motion to Dismiss Second Amended Complaint | 4.60 hrs |
| 03/14/13 | LJR | Begin preparing and revising proposed Affidavit for Ajmal Samuel to be filed in support of Motion to Dismiss | 0.30 hrs |
| 03/18/13 | LJR | Continue preparing and revising Motion to Dismiss Third Amended Complaint | 0.80 hrs |
| 03/18/13 | LJR | Preparation of electronic correspondence to Ajmal Samuel re: proposed Motion to Dismiss 3rd Amended Complaint | 0.20 hrs |
| 03/21/13 | LJR | Continue preparing and revising Motion to Dismiss Third Amended Complaint and proposed Affidavit of Mr. Samuel based on revisions and comments made by clients | 1.10 hrs |
| 03/26/13 | LJR | Finalizing Motion to Dismiss Third Amended Complaint and preparing motion and affidavit for filing; filed all with Court | 0.60 hrs |
| 03/26/13 | LJR | Preparation of electronic correspondence to clients re: our Motion to Dismiss 3rd Amended Complaint | 0.10 hrs |
| 03/26/13 | LJR | Review of electronic correspondence from Locica Leung re: signed affidavit | 0.10 hrs |

| 03/27/13 | RTW | Review of paperless Order denying as moot Defendant's Motion to Dismiss for Lack of Jurisdiction | 0.10 hrs |
| 03/27/13 | LJR | Review of paperless Order denying as moot Defendant's Motion to Dismiss for Lack of Jurisdiction | 0.10 hrs |
| 03/27/13 | LJR | Review of electronic correspondence from and preparation of electronic correspondence to attorney Stephen Gillman re: Defendant Bank of East Asia's request for oral argument | 0.30 hrs |

========

Total fees for this matter

## EXPENSES
| 03/31/13 | Photocopies | 129.00 |
| 03/31/13 | LexisNexis Online  Research 3/1 thru 3/31/13 | |

Total expenses for this matter

## BILLING SUMMARY

| Woulfe, Richard T. | Partner | hrs | 375.00 /hr |
| Reinstein, Louis J. | Associate | hrs | 265.00 /hr |
| | TOTAL FEES | hrs | |
| | TOTAL EXPENSES | | |

**TOTAL CHARGES FOR THIS BILL**

PLUS BALANCE FORWARD

========

**TOTAL BALANCE NOW DUE**

## AGED ACCOUNTS RECEIVABLE

| 0 - 30 Days | 30 - 60 Days | 60 - 90 Days | 90 - 120 Days | 120 + Days |
|---|---|---|---|---|


Bunnell & Woulfe
PROFESSIONAL ASSOCIATION

May 15, 2013

Invoice No.    355100
Account No.
Our Federal Tax ID

**Millenium Industries Network, Inc. v. ASAP Transaction Processing Corp., Ltd.**
**Insured: ASAP Transaction Processing Corp., Ltd.**

**FOR PROFESSIONAL SERVICES RENDERED**

| | | | |
|---|---|---|---|
| 04/01/13 | RTW | Review of Defendant The Bank of East Asia's Notice of Filing with attached Declaration of Lo Wing Yun Christine in Support of Motion to Dismiss Third Amended Complaint | 0.40 hrs |
| 04/01/13 | RTW | Review of Defendant BEA's Motion to Dismiss Complaint for Lack of Personal Jurisdiction and Failure to State a Claim | 0.80 hrs |
| 04/01/13 | RTW | Review of Defendant BEA's Request for Oral Argument and their Motion to Dismiss the Third Amended Complaint with proposed attached Order | 0.40 hrs |
| 04/01/13 | LJR | Review of Defendant BEA's Motion to Dismiss Complaint for Lack of Personal Jurisdiction and Failure to State a Claim | 0.80 hrs |
| 04/01/13 | LJR | Review of Defendant BEA's Request for Oral Argument and their Motion to Dismiss the Third Amended Complaint with proposed attached Order | 0.40 hrs |
| 04/01/13 | LJR | Review of Defendant The Bank of East Asia's Notice of Filing with attached Declaration of Lo Wing Yun Christine in Support of Motion to Dismiss Third Amended Complaint | 0.40 hrs |

04/02/13

04/03/13

04/03/13

04/05/13

04/05/13

04/05/13

04/08/13

04/08/13

04/08/13   LJR   Review of electronic correspondence from and preparation of electronic correspondence        0.30 hrs
                 to attorney Paul Turner re: Plaintiff's request for an extension to respond to our Motion
                 to Dismiss

04/09/13

04/10/13   RTW   Review of Plaintiff's Agreed Motion for Extension of Time to Respond to Motion to             0.20 hrs
                 Dismiss and proposed Agreed Order Granting Plaintiff's Agreed Motion for Extension of
                 Time to Respond to Motion to Dismiss

04/10/13   RTW   Review of paperless order granting Plaintiff's Agreed Motion for Extension of Time to         0.10 hrs
                 Respond to Defendant BEA's Motion to Dismiss

04/10/13

04/11/13

04/11/13

04/11/13

04/11/13

04/11/13

04/11/13

04/15/13   LJR   Review of electronic correspondence from and preparation of electronic correspondence        0.10 hrs
                 to Locica Leung re: Order of Dismissal of Complaint

04/24/13   RTW   Review of Plaintiff's Opposition to our Motion to Dismiss Third Amended Complaint             0.90 hrs

04/24/13   LJR   Begin reviewing of Plaintiff's Opposition to our Motion to Dismiss Third Amended              0.90 hrs
                 Complaint

04/25/13   LJR   Preparation of electronic correspondence to attorney Paul Turner re: additional pages         0.10 hrs
                 needed to file Reply

| 04/25/13 | LJR | Preparation of electronic correspondence to company re: Plaintiff's Opposition to our Motion to Dismiss | 0.10 hrs |
| 04/25/13 | LJR | Continue reviewing Plaintiff's Opposition to our Motion to Dismiss the Third Amended Complaint; also comparing to prior Response in Opposition; and begin preparing and revising our Reply in Support of our Motion to Dismiss | 4.60 hrs |
| 04/26/13 | LJR | Preparation of electronic correspondence to and review of electronic correspondence from attorney Paul Turner re: more pages needed to complete reply | 0.20 hrs |
| 04/26/13 | LJR | Preparation of electronic correspondence to Judge Rosenbaum re: proposed Order on Defendant's Unopposed Motion for Leave to File Excess Pages in Support of its Motion to Dismiss | 0.10 hrs |
| 04/26/13 | LJR | Preparing Motion for Leave to File Excess Pages to Reply in Support of Motion to Dismiss | 0.70 hrs |
| 04/26/13 | LJR | Preparing proposed Orders to be filed and sent to Judge on Motion for Leave to File Excess Pages to Reply in Support of Motion to Dismiss | 0.20 hrs |
| 04/26/13 | LJR | Continue preparing Reply in Support of Motion to Dismiss | 5.30 hrs |
| 04/29/13 | LJR | Preparation of electronic correspondence to and review of electronic correspondence from Ajmal Samuel re: proposed Reply in Support of our Motion to Dismiss the Third Amended Complaint | 0.30 hrs |
| 04/29/13 | LJR | Review of Plaintiff's Second Motion for Extension of Time to Respond to Defendant BEA's Motion to Dismiss | 0.10 hrs |
| 04/29/13 | LJR | Review of proposed Order on Plaintiff's 2nd Motion for Extension of Time | 0.10 hrs |
| 04/29/13 | LJR | Continue revising and preparing Reply in Support of Motion to Dismiss; preparing final proposed draft to send to clients before filing | 0.80 hrs |
| 04/30/13 | RTW | Review of Plaintiff's detailed 2nd Motion For Extension Of Time To Respond To Motion To Dismiss [DE 198] And Motion For Jurisdictional Discovery received via email | 0.30 hrs |
| 04/30/13 | RTW | Review of emailed proposed Order Granting Plaintiff's Unopposed Motion For Extension Of Time To Respond To Motion To Dismiss [DE 198] | 0.10 hrs |
| 04/30/13 | RTW | Review of Judge Rosenbaum's emailed Order Denying Motion For Extension Of Time | 0.10 hrs |
| 04/30/13 | RTW | Review of Plaintiff's detailed 3rd Motion For Extension Of Time To Respond To Motion To Dismiss [DE 198] And Motion For Jurisdictional Discovery with proposed order on same received via email | 0.30 hrs |
| 04/30/13 | RTW | Review of Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action to MasterCard International, Inc | 0.10 hrs |

04/30/13

| 04/30/13 | LJR | Review of Order Denying Plaintiff's 2nd Motion for Extension of Time | 0.10 hrs |

| 04/30/13 | LJR | Review of Plaintiff's 3rd Motion for Extension of Time to Respond to Defendant's BEA's Motion to Dismiss | 0.10 hrs |

| 04/30/13 | LJR | Review of proposed Order on Plaintiff's 3rd Motion for Extension of Time to Respond to Defendant's BEA's Motion to Dismiss | 0.10 hrs |

| 04/30/13 | LJR | Finalizing Reply in Support of Motion to Dismiss and preparing exhibits; filing with Court | 0.40 hrs |

========

Total fees for this matter

**EXPENSES**
03/31/13    Pacer Online  Research 1/1 thru 3/31/13
04/30/13    Photocopies                                                                              285.00
04/30/13    LexisNexis Online  Research 4/1 thru 4/30/13

Total expenses for this matter

**BILLING SUMMARY**

| Woulfe, Richard T. | Partner | 375.00 /hr |
| Reinstein, Louis J. | Associate | 265.00 /hr |
| Zerof, Tiffany I. | Paralegal | 130.00 /hr |

TOTAL FEES
TOTAL EXPENSES

**TOTAL CHARGES FOR THIS BILL**                                                    ========

PLUS BALANCE FORWARD

**TOTAL BALANCE NOW DUE**

**AGED ACCOUNTS RECEIVABLE**

| **0 - 30 Days** | **30 - 60 Days** | **60 - 90 Days** | **90 - 120 Days** | **120 + Days** |